Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brandon L. Pang
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 3 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

SNYDER MISSAEL CORONA,

Defendant.

4:23-CR-6029-SAB

INDICTMENT

Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
Distribution of 50 Grams or More of Actual Methamphetamine
(Counts 1 and 2)

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

On or about June 29, 2023, in the Eastern District of Washington, the Defendant, SNYDER MISSAEL CORONA, knowingly and intentionally distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

INDICTMENT – 1

## COUNT 2

On or about August 31, 2023, in the Eastern District of Washington, the Defendant, SNYDER MISSAEL CORONA, knowingly and intentionally distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant, SNYDER MISSAEL CORONA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 2

The United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 3 day of October, 2023.

A TRUE BILL



*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*/s/ signature /for/*

Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 3